**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Erin Staeck, as an heir at law of Scott Staeck, deceased, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Michael G. Kinney, II d/b/a Kinney Construction, Kinney Construction Co., and Kinney Condos, LLC, | ) ) ) ) | Case No. 1:13-cv-065 |
| Defendants. | ) | |

On February 11, 2014, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 12) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs or disbursement without to any party.

Dated this 12th day of February, 2014.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court